UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUICKLOGIC CORPORATION,

    Plaintiff,

v.

FLEX LOADING TECHNOLOGIES, LLC, et al.,

    Defendants.

Case No. 25-cv-00110-AMO

**ORDER FOLLOWING HEARING**

Re: Dkt. Nos. 16, 18

Defendant Flex Loading Technologies, LLC's and Defendant QuickFlex, Inc.'s motions to dismiss came on for hearing before this Court on October 23, 2025. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the Court hereby GRANTS both motions to dismiss, for the reasons stated at the hearing. The Court also GRANTS Plaintiff Quicklogic Corporation leave to amend.

During the hearing, the parties discussed potential disclosure of the full document excerpted in Exhibit A to QuickFlex's motion to dismiss. *See* Dkt. No. 16-1. QuickFlex's counsel shall notify Plaintiff's counsel whether the full document will be produced by no later than October 27, 2025. Plaintiff shall file a notice on the docket as soon as practicable following receipt of the document, and Plaintiff's deadline to file an amended complaint will be 21 days from the date of Plaintiff's notice. If the document will not be produced, Plaintiff shall file an administrative motion requesting a conference with the Court.

**IT IS SO ORDERED.**

Dated: October 23, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**